

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00356-CV

**MICHELIN NORTH AMERICA, INC.**,
Appellant

v.

Roberto **GARZA** and Lizeth Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-448
Honorable John Longoria, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  August 22, 2018

DISMISSED

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM